# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 5, 2009

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: James F. Ripley
v. Wyoming Medical Center, et al.
No. 09-134
(Your No. 08-8015)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 14, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

Honorable Mary Beck Briscoe, Circuit Judge
Honorable David M. Ebel, Senior Circuit Judge
Honorable Harris L. Hartz, Circuit Judge

**RE:**   08-8015, Ripley v. Wyoming Medical Center, Inc., et al
Dist/Ag docket: 2:06-CV-00091-ABJ

Dear Judges:

We have received notice that the petition for writ of certiorari filed in this case was denied on October 5, 2009.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:   Stephan Harris, District Clerk
      Honorable Alan B. Johnson, District Judge

EAS/lab